# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

162201(16)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JON THOMAS HART,
      Defendant-Appellant.

SC: 162201
COA: 354241
Muskegon CC: 17-004949-FH

_____/

      By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a supporting brief and to add issues is GRANTED. The brief with additional issues will be accepted for filing if submitted on or before January 25, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



Clerk